**Luis Fernando IBARRA ARENAS;
Veronica Sandoval,
Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

**No. 07–70438.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publi-cation and is not precedent except as provid-

**836**

Submitted Feb. 16, 2010.*

Filed Feb. 25, 2010.

Luis Fernando Ibarra Arenas, Placentia, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Colette J. Winston, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Luis Fernando Ibarra Arenas and his wife, Veronica Sandoval, petition for review of the Board of Immigration Appeals' order dismissing an immigration judge's ("IJ") decision denying their applications for cancellation of removal. We dismiss the petition for review.

Petitioners contend the IJ applied the incorrect legal standard to their cancellation of removal application by failing to consider all the hardship factors cumulatively. The record belies this contention. Because the IJ applied the correct legal standard, we lack jurisdiction to review the IJ's discretionary hardship determination. *See Mendez–Castro v. Mukasey,* 552 F.3d 975, 980 (9th Cir.2009); *see also Romero–*

*Torres v. Ashcroft,* 327 F.3d 887, 891 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

